**JUDGE BUCHWALD**

07 CIV 7317

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN EXPRESS MARKETING &
DEVELOPMENT CORP. and AMERICAN
EXPRESS COMPANY

    Plaintiffs,

v.

JAMES HAROLD SPURLIN,

    Defendant.

CIVIL ACTION NO.

**RULE 7.1 DISCLOSURE STATEMENT**



RECEIVED AUG 16 2007 U.S.D.C. S.D.N.Y. CASHIERS

---

Plaintiffs American Express Marketing & Development Corp. ("AEDC") and American Express Company ("AEC"), by their attorneys Greenberg Traurig, LLP, and in accordance with Federal Rule of Civil Procedure 7.1, state as follows:

1.    AEDC is a wholly-owned subsidiary of American Express Company ("AEC").

2.    AEC is a publicly-traded company, and has no parent corporation. Berkshire Hathaway, Inc., a publicly-traded company, together with its subsidiaries and affiliates, owns approximately 11% of the stock of AEC.

                                              Respectfully submitted,

                                              _____
                                              Louis Smith (LS 8851)
                                              Laura A. Dwyer (LD 5111)
                                              GREENBERG TRAURIG, LLP
                                              MetLife Building, 200 Park Avenue
                                              New York, New York 10166
                                              (212) 801-9200
                                              (212) 801-6400 (fax)

                                              Attorneys for Plaintiffs American Express
                                              Marketing & Development Corp. and American
                                              Express Company

Dated: August 15, 2007