GREENBERG TRAURIG, LLP
Louis Smith (LS 8851)
MetLife Building
200 Park Avenue
New York, New York 10166
(212) 801-9200
(212) 801-6400 (fax)
*Attorneys for Plaintiffs*

| | |
|---|---|
| AMERICAN EXPRESS MARKETING & DEVELOPMENT CORP. (a Delaware corporation), AMERICAN EXPRESS COMPANY (a New York corporation)<br><br>Plaintiff,<br>vs.<br><br>JAMES HAROLD SPURLIN (an individual)<br><br>Defendant. | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK<br><br>Civil Action No. 07-7317 (NRB)<br><br>**REQUEST TO ENTER DEFAULT OF DEFENDANT JAMES HAROLD SPURLIN**<br><br>Document Filed Electronically |

TO:  J. MICHAEL MCMAHON, CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Please enter the default of defendant James Harold Spurlin pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned action as fully appears from the court file herein and from the attached declaration of Louis Smith, Esq.

Dated: December 21, 2007

GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, New York 10166
(212) 801-9200

Louis Smith (LS 8851)
*Attorneys for Plaintiffs*