GREENBERG TRAURIG, LLP
Louis Smith (LS 8851)
MetLife Building
200 Park Avenue
New York, New York 10166
(212) 801-9200
(212) 801-6400 (fax)
*Attorneys for Plaintiff*

| | |
|---|---|
| AMERICAN EXPRESS MARKETING & DEVELOPMENT CORP. (a Delaware corporation), AMERICAN EXPRESS COMPANY (a New York corporation) <br><br> Plaintiff, <br><br> vs. <br><br> JAMES HAROLD SPURLIN (an individual) <br><br> Defendant. | UNITED STATES DISTRICT COURT <br> SOUTHERN DISTRICT OF NEW YORK <br><br> Civil Action No. 07-7317 (NRB) <br><br> **CLERK'S CERTIFICATE OF DEFAULT OF DEFENDANT JAMES HAROLD SPURLIN** <br><br> Document Filed Electronically |

I, J. Michael McMahon, Clerk of Court of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on August 16, 2007 with the filing of a summons and complaint; that defendant James Harold Spurlin was served with a copy of the complaint, along with a request that defendant execute a Waiver of Service of Summons, through delivery to his counsel on August 21, 2007; that defendant James Harold Spurlin executed a Waiver of Service of Summons on September 25, 2007, and that the executed Waiver of Service of Summons was filed on October 18, 2007.

I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant James Harold Spurlin is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
Dec 21, 2007

J. MICHAEL MCMAHON
Clerk of Court

By: _____
    Deputy Clerk