GREENBERG TRAURIG, LLP
Louis Smith (LS 8851)
MetLife Building
200 Park Avenue
New York, New York 10166
(212) 801-9200
(212) 801-6400 (fax)
*Attorneys for Plaintiffs*

| | |
|---|---|
| AMERICAN EXPRESS MARKETING & DEVELOPMENT CORP. (a Delaware corporation), AMERICAN EXPRESS COMPANY (a New York corporation) <br><br> Plaintiffs, <br><br> vs. <br><br> JAMES HAROLD SPURLIN (an individual) <br><br> Defendant. | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK <br><br> Civil Action No. 07-7317 (NRB) <br><br> **DECLARATION OF MARC GROVES IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION** <br><br> Document Filed Electronically |

MARC GROVES hereby declares under penalty of perjury as follows:

1.     I am an attorney with Greenberg Traurig, LLP, counsel for plaintiffs American Express Marketing and Development Corp. and American Express Company (collectively "American Express") in the above-captioned matter. I have personal knowledge of the facts set forth herein. I submit this Declaration in support of Plaintiffs' Motion for Default Judgment and Permanent Injunction.

2.     On March 11, 2008, I visited "Google.com," an internet search engine that identifies itself as "widely recognized as the world's best search engine because it is fast, accurate and easy to use. The company also serves corporate clients, including advertisers, content publishers and site managers with cost-effective advertising and a wide range of revenue-generating search services. Through technology development and a continuing focus on innovation, we work every day on our core mission: to organize the world's information and

make it universally accessible and useful." Attached hereto as Exhibit A is a true and correct copy of "Google.com's Corporate Information" obtained from http://www. google.com/corporate/facts.html.

3.     I conducted a search on "Google.com" for "American Xpress Mortgage" (hereafter, the "Search"). The first internet website identified by the Search was for "American Xpress Mortgage" with a link to www.mortgagexpress.net. Attached hereto as Exhibit B is a true and correct copy of the first ten results of the Search.

4.     I selected the link for www.mortgagexpress.net from the Search results and was routed to American Xpress Mortgage's internet website. By accessing the "View" pull down menu in Internet Explorer and selecting the "Source" tab within it, I was able to access the html code for mortgageexpress.net. The html code includes the following section: "<title>American Xpress Mortgage</title>". This section of html code causes "American Xpress Mortgage" to appear in the title bar of the browser. When navigating from mortgagexpress.net, this title remains in the title bar of Internet Explorer, identifying the website as operated by American Xpress Mortgage. Attached hereto as Exhibit C is a true and correct copy of the "Home" page that I was routed to after selecting the www.mortgagexpress.net link from the Search results (displaying the title "American Xpress Mortgage" in the top left corner) and the html code for this website.

5.     At the top of the "Home" page are links titled "Home," "About Us," "Contact Us," and "LogIn." I selected the link captioned "About Us" and was directed to a web page bearing the caption "American Xpress Mortgage" and containing descriptive text of the company, including the statement "We at American Xpress Mortgage know that purchasing a home is a major decision" and specifying its location as "3721 Wesley Street, Suite 123, Myrtle

2

Beach, South Carolina 29579." Attached hereto as Exhibit D is a true and correct copy of the About Us" page from American Xpress Mortgage's internet website, again displaying the title "American Xpress Mortgage" in the top left corner.

6.    As identified in Exhibit B hereto, the third internet website identified by the Search was titled "Myrtle Beach Home Equity Loans in Myrtle Beach SC Yellow Pages by ..." with a link to www.superpages.com/yellowpages/C-Home+Equity+Loans/S-SC/T-Myrtle+Beach/. I selected the foregoing link from the Search results and was routed to a website titled "superpages.com" containing a list of mortgage companies in the vicinity of Myrtle Beach, South Carolina. Attached hereto as Exhibit E is a true and correct copy of the "superpages.com" page that I was routed to after selecting the link identified in the third result of the Search.

7.    The website "superpages.com" identifies itself as "the leading online business directory. With hundreds of millions of customer searches per month, we connect local, regional and national businesses with buyers looking for what they sell." Attached hereto as Exhibit F is a true and correct copy of the "about superpages.com" internet web page obtained from the "superpages.com" website.

8.    As indicated in Exhibit E hereto, the seventeenth company listing from the "superpages.com" site identified by the Search (on page 4 of the 7 page exhibit) identifies "American Xpress Mortgage" located at "3721 Wesley Street Suite 123, Myrtle Beach, SC 29579" as an entity that provides "Financing" services in the Myrtle Beach, South Carolina area. I selected the link for "American Xpress Mortgage" in Exhibit E and was routed to another "superpages.com" page that was dedicated exclusively to "American Xpress Mortgage" and listed address and contact information. Attached hereto as Exhibit G is a true and correct copy of the "superpages.com" advertisement for American Xpress Mortgage.

9.     As identified in Exhibit B hereto, the sixth internet website identified by the Search was titled "American Xpress Mortgage Inc under Mortgages category in Myrtle …" with a link to www.yellowbook.com/profile/american-xpress-mortgage-inc_1517209937.html?addressId=0. I selected the foregoing link and was routed to a webpage titled "yellowbook.com" containing a listing for "American Xpress Mortgage Inc" in Myrtle Beach, South Carolina with a local telephone listing for this company as 843-903-0101. Attached hereto as Exhibit H is a true and correct copy of the "yellowbook.com" page that I was routed to after selecting the link identified in the sixth result of the Search.

10.     The website "yellowbook.com" identifies itself as "a leading national yellow pages and online local search company that connects buyers with sellers. Yellow Book provides consistent, reliable, easy-to-use local business and key community information free to consumers across the country. For advertisers, Yellow Book provides low-cost leads through Yellow Book print directories, yellowbook.com, and WebReach, Yellow Book's search engine advertising program." Attached hereto as Exhibit I is a true and correct copy of the "FAQ's. Everything you need to know and more" internet web page obtained from the "yellowbook.com" website.

11.     As identified in Exhibit B hereto, the seventh internet website identified by the Search was titled "American Xpress Mortgage, Myrtle Beach SC" with a link to www.mortgagee.com/MortgageLenders/American%20Xpress%20Mortgage/State/SC/City/Myrtl e%20Beach.htm.   I selected the foregoing link and was routed to a webpage titled "Mortgagee.com - Your mortgage lender directory" containing a listing for "American Xpress Mortgage - Myrtle Beach, SC" and providing an address for "American Xpress Mortgage" as "3721 Wesley Street unit 123, Myrtle Beach, SC 29579." This page also identifies the contact people at "American Xpress Mortgage" as "James Spurlin, Owner," "Karen Deese," and "Rachel

4

Spurlin" with the same address as above and separate links to contact these individuals via an e-mail message. Attached hereto as Exhibit J is a true and correct copy of the "Mortgagee.com" page that I was routed to after selecting the link identified in the seventh result of the Search.

12.    The website "Mortgagee.com" identifies itself as maintaining "an online directory of mortgage lenders which contains over 120,000 quality mortgage lenders in every state. It will help you find accredited lenders which are most convenient to you. Using our lender search engine, you can find lenders by city, state, or zip code, and you can have them contact you by email, phone, or mail." Attached hereto as Exhibit K is a true and correct copy of the "About Mortgagee.com" internet web page obtained from the "Mortgagee.com" website.

13.    As identified in Exhibit B hereto, the ninth internet website identified by the Search was titled "Local MortgagEZ.com American Xpress Mortgage Inc., Myrtle Beach ..." with a link to www.localmortgagez.com/5097051/South_Carolina/Myrtle_Beach_Mortgage_ Brokers/american_xpress_mortgage_inc.asp. I selected the foregoing link and was routed to a webpage titled "Local MortgagE-Z.com" containing a listing for "American Xpress Mortgage Inc, 3721 Wesley St, Myrtle Beach, South Carolina 29579" and providing a telephone contact number of (843) 903-5090. Attached hereto as Exhibit L is a true and correct copy of the "Local MortagE-Z.com" page that I was routed to after selecting the link identified in the ninth result of the Search.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief.

MARC GROVES

Dated: March 14, 2008

NJ 226,371,201v1 3/14/2008

# EXHIBIT A



Google™  **Corporate Information**

Home

About Google

**Corporate Overview**
Company
Features
Technology
Business
Culture
Green Energy

**At a Glance**
▸ Quick profile
Address
Management
Milestones

**Our Philosophy**
Ten things
No pop-ups
Software principles
Security

**Related Links**
Investor Relations
Press Center

Search

Find on this site:

## Google Overview

Named for the mathematical term "googol," Google operates websites at many international domains, with the most trafficked being Google.com. Google is widely recognized as the world's best search engine because it is fast, accurate and easy to use. The company also serves corporate clients, including advertisers, content publishers and site managers with cost-effective advertising and a wide range of revenue-generating search services. Through technology development and a continuing focus on innovation, we work every day on our core mission: to organize the world's information and make it universally accessible and useful.

## More about Google

- About Google – Links to numerous Google resources.

- Product descriptions – Categorized listing with links.

- More Google products – A variety of Google tools.

- Google Press Center – News and public information.

- Executive Management – Our executives and board of directors.

- Corporate Addresses – Locations around the world.

- Investor Relations – Financial and corporate governance information.

- Ten things – Our philosophy.

- Help page – Support for Google products.

- Jobs at Google – Positions available in many locations.

- Contact us – Links to various business units.

©2008 Google - Home - About Google - Privacy Policy - Terms of Service

# EXHIBIT B

Web  Images  Maps  News  Shopping  Gmail  more ▼                                          Sign in

Google            | American Xpress Mortgage          |    Search    Advanced Search
                                                                     Preferences

**Web**                         Results **1 - 10** of about **185,000** for **American** Xpress **Mortgage**. **(0.09** seconds)

Did you mean: **American** *Express* Mortgage

### American Xpress Mortgage
XPRESS MORTGAGE HAS SIMPLIFIED THE **MORTGAGE** PROCESS TO PROVIDE
YOU WITH THE BEST LOAN TO FIT YOUR FINANCIAL NEEDS. WITH OUR VAST
NETWORK OF LENDERS, ...
mortgage**express**.net/ - 17k - Cached - Similar pages

Commercial and Residential loans without limits!!!!
Welcome to **Xpress Mortgage** Corp! You have just taken the first step on the road to
realizing the **American** dream. Choosing your **mortgage** broker is one of the ...
homeloans366.com/ - 40k - Cached - Similar pages

Myrtle Beach Home Equity Loans in Myrtle Beach SC Yellow Pages by ...
**American Xpress Mortgage**. Services: Financing. 3721 Wesley Street Suite 123, Myrtle
Beach, SC 29579. (843) 903-5090 (843) 903-6120 (843) 903-0101 (fax) ...
www.superpages.com/yellowpages/C-Home+Equity+Loans/S-SC/T-Myrtle+Beach/ - 374k -
Cached - Similar pages

MySpace Jobs -
We couldn't find any jobs for **American xpress Mortgage**. Please check the keyword terms
you entered. You can also try using some other keywords, ...
jobs.myspace.com/a/ms-jobs/list/q-**American+xpress+Mortgage** - 24k -
Cached - Similar pages

### Mortgage Xpress Plans Expansion to Several New Cities Wednesday ...
HOUSTON -- **Mortgage Xpress**, Inc. (OTC:MXPR) announced today that it plans to open
as many as nine new offices in its role in the **American** Dream Commitment. ...
findarticles.com/p/articles/mi_m0EIN/is_2005_July_20/ai_n14797074 - 31k -
Cached - Similar pages

### American Xpress Mortgage Inc under Mortgages category in Myrtle ...
**American Xpress Mortgage** Inc under Mortgages category in Myrtle Beach, SC at
YellowBook.com.
www.yellowbook.com/profile/**american-xpress-mortgage**-inc_1517209937.html?
addressId=0 - 12k - Cached - Similar pages

### American Xpress Mortgage, Myrtle Beach SC
**American Xpress Mortgage** 3721 Wesley Street unit 123 Myrtle Beach,SC 29579 email:
Contact James, update. Karen Deese, **American Xpress Mortgage** ...
www.**mortgagee**.com/**Mortgage**-Lenders/**American**%20**Xpress**%
20**Mortgage**/State/SC/City/Myrtle%20Beach.htm - 13k - Cached - Similar pages

[PDF] **American Mortgage Xpress**, LLC and Pravin Roy Davrey, Individually ...
File Format: PDF/Adobe Acrobat - View as HTML
Page 1. Page 2. Page 3. Page 4. Page 5. Page 6. Page 7. Page 8. Page 9. Page 10.
www.dfi.wa.gov/CS%20Orders/C-07-296-07-SC01.pdf - Similar pages

### Local MortgagEZ.com American Xpress Mortgage Inc, Myrtle Beach ...

**American Xpress Mortgage** Inc is an Myrtle Beach **Mortgage** Brokers Company.
www.local**mortgage**z.com/5097051/South_Carolina/
Myrtle_Beach_**Mortgage**_Brokers/**american_xpress_mortgage**_inc.asp - 36k -
Cached - Similar pages

. SuperPages.com: Profile
**American Xpress Mortgage**. Be the first to Rate It. 3721 Wesley Street Suite 123, Myrtle
Beach, SC 29579 map | driving directions **...**
yellowpages.superpages.com/profile~SRC_google~C_
**Mortgage**+Brokers~LID_tDU8GKJkOnTiRq5%2FLvZxGA%3D%3D~attre... - Similar pages

Did you mean to search for: American **Express** Mortgage

1 2 3 4 5 6 7 8 9 10    **Next**

---

| American Xpress Mortgage | Search |

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve | Try Google Experimental

---

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

# EXHIBIT C



American Xpress Mortgage



second[1]

```
<meta http-equiv="keywords" name="keywords"
content="Myrtle Beach Mortgage, South Carolina
Mortgage, No Money Down, 100% Financing, 100%
Investment Property, 100% Second Home Loans,
Condotels, 100% Condo loans, Low Rates, Mortgage
Broker, Mortgage Company, "><meta
http-equiv="description" name="description"
content="100% Financing"><html><head><script
src='http://sites.lenderlab.com/plugins.js'></scrip
t><script type="text/javascript"
src="/js/AC_ActiveX.js"></script>
                <script type="text/javascript"
src="/js/AC_RunActiveContent.js"></script><title>Am
erican Xpress Mortgage</title><script>  var
helpScreen;
        function helpWindow(linkName,tracker) {
                helpScreen =
window.open('http://backoffice.lenderlab.com/help_w
indow.php?BID=228163&PID=13380&help_var='+linkName+
tracker, 'help',
'height=400,width=400,scrollbars=yes,resizable=yes,
status=yes');
        }
                var isnetscape = false;
        if (navigator.appName == 'Netscape') {
            isnetscape = true;
        }

        function newImage(arg) {
                if (document.images) {
                        rslt = new Image();
                        rslt.src = arg;
                        return rslt;
                }
        }

        function changeImages() {
                if (document.images && (preloadFlag
```

```
                          second[1]
== true)) {
                            for (var i=0;
i<changeImages.arguments.length; i+=2) {

document[changeImages.arguments[i]].src =
changeImages.arguments[i+1];
                        }
                }
        }

        var preloadFlag = true;
        function preloadImages() {
                if (document.images) {
                        backoffice_home =
newImage('/images/backoffice_home-over.gif');
boheader_06_over =
newImage('/images/boheader_06-over.gif');
boheader_07_over =
newImage('/images/boheader_07-over.gif');
boheader_08_over =
newImage('/images/boheader_08-over.gif');
boheader_09_over =
newImage('/images/boheader_09-over.gif');
boheader_10_over =
newImage('/images/boheader_10-over.gif');
boheader_11_over =
newImage('/images/boheader_11-over.gif');
boheader_12_over =
newImage('/images/boheader_12-over.gif');
bomenu_02_over =
newImage('/images/bomenu_02-over.gif');
bomenu_03_over =
newImage('/images/bomenu_03-over.gif');
bomenu_04_over =
newImage('/images/bomenu_04-over.gif');
backo_03_over =
newImage('/images/backo_03-over.gif');
backo_04_over =
```

Page 2

```
                        second[1]
newImage('/images/backo_04-over.gif');
backo_05_over =
newImage('/images/backo_05-over.gif');
backo_09_over =
newImage('/images/backo_09-over.gif');;
                        preloadFlag = true;
            }
        }

        function isEmpty(inputStr) {
            if (inputStr ==  null || inputStr =='')
return true;
            return false;
        }

        var helpScreen;
        function helpWindow(linkName,tracker) {
                helpScreen =
window.open('http://backoffice.lenderlab.com/help_w
indow.php?BID=228163&PID=13380&help_var='+linkName+
tracker, 'help',
'height=400,width=400,scrollbars=yes,resizable=yes,
status=yes');
        }
        </script><style>

            body{

background-image:url('http://sites.lenderlab.com/st
yles/overflow/images/background.gif');          }
            a:link,a:hover,a:active,a:visited {
color:#850404 }
        </style>
        </head><body>

<!-- Start User Template //-->

<style type="text/css">
                Page 3
```

second[1]

```
<!--
body {
        background-image:
url(http://sites.lenderlab.com/styles/overflow/imag
es/background.gif);
        margin-left: 0px;
        margin-top: 0px;
        margin-right: 0px;
        margin-bottom: 0px;
        scrollbar-3dlight-color:#FFFFFF;
    scrollbar-arrow-color:#FFFFFF;
    scrollbar-base-color:#650909;
    scrollbar-darkshadow-color:#650909;
    scrollbar-face-color:#CF4444;
    scrollbar-highlight-color:#E4E9EE;
    scrollbar-shadow-color:#650909;
}
.text {
        font-family: Arial, Helvetica, sans-serif;
        font-size: 10px;
        color: #850404;
        width: 600px;
        overflow: auto;
}
a:visited {
        color: #850404;
}
a:link {
        color: #850404;
}
a:hover {
        color: #FF0000;
}
-->
</style></head>

<body>
```

Page 4

second[1]
```
        <table cellpadding="0" cellspacing="0"
width="800"
background="http://sites.lenderlab.com/styles/overf
low/images/background2.gif">
                <tr>
                        <td valign="top"><img
src="http://sites.lenderlab.com/styles/overflow/ima
ges/topleft2.gif"></td>
                        <td bgcolor="#FFFFFF"
width="658" height="100%" valign="top"><table
cellpadding="0" cellspacing="0" width="658">
                                        <tr>

<td><img
src='http://sites.lenderlab.com/images/generated/?2
28163,13380,companyname.gif' border=0></td>
                                                    <td
   align='left' valign='middle'><script
type='text/javascript'>

        AC_FL_RunContent(
'codebase','http://download.macromedia.com/pub/shoc
kwave/cabs/flash/swflash.cab#version=7,0,19,0','wid
th','486','height','63','src','http://sites.lenderl
ab.com/swf/111_sub?field_name=sub&user_id=228163&pr
ef_id=13380&backoffice=0&visitor_tracker=&useURL=ht
tp://sites.lenderlab.com/&style_pages_id=239','qual
ity','high','pluginspage','http://www.macromedia.co
m/go/getflashplayer','movie','http://sites.lenderla
b.com/swf/111_sub?field_name=sub&user_id=228163&pre
f_id=13380&backoffice=0&visitor_tracker=&useURL=htt
p://sites.lenderlab.com/&style_pages_id=239'   );
//end AC code
                </script>

                </td>
</tr>
                                            <tr>
```

**Page 5**

second[1]
```
                                                <td
colspan="2"><table cellpadding="0" cellspacing="0">

                                 <tr>

                                       <td
align='left' valign='middle'><script
type='text/javascript'>

              AC_FL_RunContent(
'codebase','http://download.macromedia.com/pub/shoc
kwave/cabs/flash/swflash.cab#version=7,0,19,0','wid
th','658','height','143','src','http://sites.lender
lab.com/swf/111_menu2?field_name=menu2&user_id=2281
63&pref_id=13380&backoffice=0&visitor_tracker=&useU
RL=http://sites.lenderlab.com/&style_pages_id=239',
'quality','high','pluginspage','http://www.macromed
ia.com/go/getflashplayer','movie','http://sites.len
derlab.com/swf/111_menu2?field_name=menu2&user_id=2
28163&pref_id=13380&backoffice=0&visitor_tracker=&u
seURL=http://sites.lenderlab.com/&style_pages_id=23
9'   ); //end AC code
              </script>

              </td>

</tr>

                           </table></td>
                                     </tr>
                                     <tr>
                                          <td
colspan="2" align="left"><table cellpadding="0"
cellspacing="0" width="370">

       <tr>

              <td><div align='center'><img
                    Page 6
```

```
                          second[1]
src='http://sites.lenderlab.com/images/generated/?2
28163,13380,headline128927.gif' width='370'
height='26' border='0'></div></td>

        </tr>

</table></td>
                                              </tr>
                                              <tr>
                                                        <td
colspan="2" align="left" valign="top"
height="300"><table cellpadding="10"
cellspacing="0">

        <tr>

                  <td class="text"><table
cellspacing="5" width="100%"><tr><td>
<table cellpadding='0' cellspacing='0' border='0'
width='100%' height='100%'><tr><td  valign='top'
width='100%' height='100%' align='left'><font
style='font-family:Swiss,Arial,Helvetica,Geneva,Sun
Sans-Regular,Times New Roman,Times,Serif;
font-size:16px; color:#850404'><b>We at American
Xpress Mortgage know that purchasing a home is a
major decision. Let us put our knowledge and
experience to work for you... Call or come by today
for your free Mortgage Loan Analysis.<br />
We are located at 3721 Wesley Street, Suite 123
Myrtle Beach SC 29579.<br />
Phone: 843-903-5090<br />
Fax: 843-903-0101</b></font></td></tr></table>
</tr></td></TABLE>
</td>

        </tr>

</table></td>
```

Page 7

```
                second[1]
                                      </tr>
                                      <tr>
                                                  <td
colspan=2><br><br><table cellpadding="0"
cellspacing="0" width="650">

        <tr>

                <td align="left"><script
type='text/javascript'>
                AC_FL_RunContent(
'codebase','http://download.macromedia.com/pub/shoc
kwave/cabs/flash/swflash.cab#version=6,0,29,0','wid
th','45','height','45','src','http://sites.lenderla
b.com/equal?logoColor=#FF0000&backColor=#FFFFFF','q
uality','high','pluginspage','http://www.macromedia
.com/go/getflashplayer','movie','http://sites.lende
rlab.com/equal?logoColor=#FF0000&backColor=#FFFFFF'
); //end AC code
                </script></td>

                <td align="right"
valign="middle"><style>
                                .gtra{

font-family:arial;
                                        font-size:

7pt;                                     color:

#FF0000;

font-weight: bold;

                                }
                                a.gtr:link,
a.gtr:hover, a.gtr:visited, a.gtr:active{

font-family:arial;
```
                        Page 8

second[1]

font-size:

7pt;

color:

#FF0000;

font-weight: bold;

text-decoration:none;

}
</style><span
class='gtra'>Powered by: LENDERLAB&reg
</span><br><a href='http://www.lenderlab.com'
target='_blank' class='gtr'>the industry's top
Wholesale Lenders, & Subprime Lenders</a><br><span
class='gtra'> (for Mortgage Brokers and Loan
Officers only)<br>Copyright&copy 2005 YesLender
Inc. All Rights Reserved</span></td>

        </tr>

</table></td>

                                        </tr>
                        </table></td>
                <td valign="top"><img
src="http://sites.lenderlab.com/styles/overflow/ima
ges/topright2.gif"></td>
                        </tr>
                </table>
                <table cellpadding="0" cellspacing="0"
width="800">
                        <tr>
                                <td   align=''
valign=''><script type='text/javascript'>

                AC_FL_RunContent(
'codebase','http://download.macromedia.com/pub/shoc
kwave/cabs/flash/swflash.cab#version=7,0,19,0','wid
th','800','height','66','src','http://sites.lenderl

Page 9

```
                        second[1]
ab.com/swf/111_bottom?field_name=bottom&user_id=228
163&pref_id=13380&backoffice=0&visitor_tracker=&use
URL=http://sites.lenderlab.com/&style_pages_id=239'
,'quality','high','pluginspage','http://www.macrome
dia.com/go/getflashplayer','movie','http://sites.le
nderlab.com/swf/111_bottom?field_name=bottom&user_i
d=228163&pref_id=13380&backoffice=0&visitor_tracker
=&useURL=http://sites.lenderlab.com/&style_pages_id
=239' ,'wmode','transparent'  ); //end AC code
            </script>

                </td>                    </tr>
            </table>
</body>

<!-- End User Template //-->

</body></html>
```

# EXHIBIT D

American Xpress Mortgage

# Xpress Mortgage

LOANS A THRU Z ❤️
RATES ❤️

HOME

CALCULATORS ❤️

ABOUT US

QUICK PRE-QUAL ❤️

CONTACT US

APPLY ON-LINE ❤️

LOGIN

WEBSITE NAVIGATION



## American Xpress Mortgage.

We at American Xpress Mortgage know that purchasing a home is a major decision. Let us put our knowledge and experience to work for you... Call or come by today for your free Mortgage Loan Analysis.
We are located at 3721 Wesley Street, Suite 123 Myrtle Beach SC 29579.
Phone: 843-903-5090
Fax: 843-903-0101



Powered by : LENDERLAB®
Mortgage Brokers Wholesale Lenders private hard money commercial lenders
(for Mortgage Brokers and Loan Officers only)
Copyright© 2005 YesLender Inc. All Rights Reserved

American Xpress Mortgage

# EXHIBIT E

# superpages.com® we know around here℠

Home | Advertisers | Download Toolbar | Mobile Search

**Businesses**

**People**

Search for: | Home Equity Loans | in | Myrtle Beach SC |

Myrtle Beach, SC

My Superpages

Sign In & Personalize >

| Search |

## Search Results for *Home Equity Loans*
Business names containing Home Equity Loans

▼ Sort Results and Viewing    ▼ Narrow My Search

Sort By Advertiser | A-Z | Distance | Rating | Local Only    Show results within | Myrtle Beach SC ▼ |    Show | 15 per page ▼ |

**Show Online Product Results**

▼ Search Options

Sponsored Results

📶 Pavilack Mortgage Corporation
Don't Let the Bank take YOUR Home! We Don't Rely On Credit Scores!
Products: *Home Equity Loans*
Categories: Home Equity Loans, Mortgage Companies, Real Estate Loans, Mortgages,
Mortgage Loan Reduction, more...

603 N Kings Hwy, Myrtle Beach, SC 29577
www.pavilackmortgage.com

| more info |  | phone |  | map |

**Enlarge Map Results**

Results 1 - 25
1 2 3 Next P

Ace Mortgage Funding, LLC- Florence
Call or Click for Home Equity Loans in Florence
Categories: Mortgage Companies, Real Estate Loans, Mortgages,
Mortgage & Loan Banks, more...
www.acerefi.com

| more info |  | phone |

Ace
Mortgage

Be the first to Rate It
▶ Send    ☐ Compare

Be the first to Rate It
▶ Send    ☐ Compare

Category Sponsor

## Bank of America ®
Apply Now for Low Rate Home Equity Options. No Closing Costs or Fees!
bankofamerica.com/homeequity

[ phone ]

**Bank of America**    Always Lending:
YOUR MORTGAGE, MORTGAGE SOLUTIONS

Be the first to Rate It

▶ Send

☐ Compare

## Sdb Investment Services Inc
We Will Put You In A Program You Are Comfortable With & Can Afford.
*Products:* **Home Equity Loans**
*Categories:* Home Equity Loans, Mortgage Companies, Reverse Mortgages, Title Insurance, Mortgages, more...
www.sdbinvestserv.com

[ more info ]  [ phone ]

Be the first to Rate It

▶ Send

☐ Compare

## Premier Mortgage Capital
finding a better way through the American dream of home ownership
*Categories:* Home Equity Loans, Mortgage Brokers, Real Estate Loans, Mortgages, Mortgage & Loan Banks, more...
*Products:* **Home Equity Loans**

[ more info ]  [ phone ]

★★★☆☆ Reviews (2) - Rate It

Be the first to Rate It

☐ Compare

## Home Equity Loans Info
Get Info on Home Equity Loans from 14 search engines in 1.
http://www.info.com
*Categories:* 20th Century Art Galleries & Dealers

## Reverse Mortgages
Find HUD/FHA reverse mortgages. Government regulated and insured.
http://mortgage-reverse.net

Advertisers

**Bank of America**

Bank of America ®
Apply Now for Low Rate Home Equity
Options. No Closing Costs or Fees!
www.BankofAmerica.com

AMBOY
Amboy National Bank
Amboy National Bank
Best Bank in Central Jersey
8 years in a row!
(800) 942-6269

Today's Home Equity Rates
1 Simple Form. 4 Free Offers. Find a
Low Rate Home Equity Loan Today.
4MortgageRateQuotes.com

Mortgage Rates at 4.65%
$170,000 loan for $656/month. See
New Payment - No SSN Rqd. Save
Now!
Refinance.LeadSteps.com

Refinance Now at 4.8% Fixed!
$200,000 mortgage for under $599/mo.
Flexible terms. Get 4 FREE quotes
now!
lendgo.com

What's Your Credit Score?
View All 3 Credit Scores and Credit
Reports Online Now. See it for $0!
FreeCreditReportsInstantly.com

Why Mortgage Refi is Hot:
Refi to a 30-yr fixed rate as low as
5.5%*. Estimate your savings.

Fast Cash. Get Up To $1000 By Tomorrow.
Apply Now! No Credit Check. Confidential. Instant Approval.
www.the-cashadvance.com

NexTag.com

**FINDSTUFF**

*Home Equity Loan Deals*
Find home equity loan deals now. Review & compare at FindStuff.
FindStuff.com

Be the first to Rate It

⌕ Edit
+ Save
▼ Send

□ Compare

**Compare Home Insurance - Free Quotes**
Whether your buying a new home, refinancing or just trying to save ...
http://www.4freequotes.com/

Be the first to Rate It

⌕ Edit
+ Save
▼ Send

Call now

□ Compare

Atlantic Bay Mortgage
Proudly Serving Myrtle Beach
*Services:* **Refinancing**

Categories: Home Equity Loans, Mortgage Brokers, Mortgage Companies, Mortgages,
Mortgage Refinancing, more...
http://www.atlanticbay.com

more info    phone    map

Be the first to Rate It

⌕ Edit
+ Save

Carnegie Financial Group
Guaranteed approval within 24-48 hrs.

Categories: Home Equity Loans, Mortgage Brokers, Mortgage Companies, Real Estate
Loans, Mortgages, more...
http://www.carnegiefinancial.net

more info    phone    map

★★★★★
Reviews (1) - Rate It

⌕ Edit
+ Save

Westshore Mortgage, Inc
Proudly Serving Myrtle Beach

## Bank of America

Proudly Serving Myrtle Beach

**Categories:** Home Equity Loans, Mortgage Brokers, Mortgage Companies, Real Estate Loans, Mortgages, more...

http://www.wsrsinc.com/verizon

www.bankofamerica.com

more info | phone | email

□ Compare
▼ Send

## Approved Mortgage Lending

30 Minute Pre-qualifications. 100% finance. Refinance & Investment Loans.
*Products: Refinancing Loans*

**Categories:** Home Equity Loans, Mortgage Companies, Real Estate Loans, Mortgages, Banks, Mortgage & Loan

1601 North Oak Street, Suite 103, Myrtle Beach, SC 29577

more info | phone | map | View yellow pages ad


Reviews (11) - Rate it
Bank of America

✏ Edit
+ Save
▼ Send
□ Compare

Be the first to Rate it

□ Compare

## Pee Dee Farm Credit

Proudly Serving Myrtle Beach

**Categories:** Home Equity Loans, Real Estate Loans, Mortgages, Savings Banks, Loan & Financing Services, more...

http://www.peedeefarmcredit.com

more info | phone | email

Be the first to Rate it

✏ Edit
+ Save
▼ Send
Call now

□ Compare

All Listings
Report Incorrect Listings >

## American Xpress Mortgage

*Services: Financing*

**Categories:** Home Equity Loans, Mortgage Brokers, Mortgage Companies, Mortgages, Financial Services, more...

3721 Wesley Street Suite 123, Myrtle Beach, SC 29579

Be the first to Rate it

✏ Edit
+ Save
▼ Send
□ Compare

**Atlantic Coast Mortgage Group Inc**
"We Make Loans.......Easy" - CLOSE IN DAYS!!!
Services: *Refinancing*
Categories: Home Equity Loans, Mortgage Companies, Real Estate Loans, Mortgages,
Mortgage Loan Processing, more...

[ more info ]  [ phone ]  [ email ]  [ map ]

710-G 21st Ave N, Myrtle Beach, SC 29577
http://www.444loan.net

Be the first to Rate It
✎ Edit
+ Save
▼ Send
☐ Compare

**Estate Funding, Inc.**
Products: *Home Equity Loans*
Categories: Home Equity Loans, Mortgage Companies, Real Estate
Loans, Mortgages, more...

[ more info ]  [ phone ]  [ email ]  [ map ]

4691 Dick Pond Rd Suite A, Myrtle Beach, SC 29588
http://www.efisc.com

Be the first to Rate It
✎ Edit
+ Save
▼ Send
☐ Compare

**Investors Mortgage Co.**
Categories: Home Equity Loans, Mortgage Brokers, Real Estate Loans, Mortgages,
Mortgage Refinancing, more...

[ more info ]  [ phone ]  [ map ]

4717 Jenn Drive, Suite 100, Myrtle Beach, SC 29577
http://www.investorsmortgageco.com

Be the first to Rate It
✎ Edit
+ Save
▼ Send
☐ Compare

**Lenders Choice Mortgage**
Shouldn't We Be Your Choice? Your Personal Lending Professionals. We Have
the Best Rates and Personal Service Available on All Types of Mortgages.
Services: *Refinancing*
Categories: Home Equity Loans, Home Improvement Loans, Mortgage Companies,
Mortgages, Mortgage Refinancing, more...

[ more info ]  [ phone ]  [ map ]

710 21st Avenue North, Suite C, Myrtle Beach, SC 29577

Be the first to Rate It
✎ Edit
+ Save
▼ Send
☐ Compare

**Megamerica -Outshine Mortgage**
Click here for more information

http://www.lenderschoicemortgage.com

Myrtle Beach, SC 29572

**Categories:** Home Equity Loans, Home Improvement Loans, Mortgage Companies, Mortgages, Mortgage Refinancing, **more...**

[ more info ] [ phone ] [ email ] [ map ]

Be the first to Rate It

✎ Edit
+ Save
▼ Send
☐ Compare

---

**Pavlick Finance Corporation**
Services: **Financing**

http://www.pavlackfinance.com

603 N Kings Hwy, Myrtle Beach, SC 29577

**Categories:** Home Equity Loans, Home Improvement Loans, Real Estate Loans, Mortgages, Mortgage Refinancing, **more...**

[ more info ] [ phone ] [ map ]

Be the first to Rate It

✎ Edit
+ Save
▼ Send
☐ Compare

---

**Pavlack Mortgage Corporation**
Services: **Financing**

http://www.pavlackmortgage.com

603 N Kings Hwy, Myrtle Beach, SC 29577

**Categories:** Home Equity Loans, Mortgage Companies, Real Estate Loans, Mortgages, Mortgage Loan Reduction, **more...**

[ more info ] [ phone ] [ map ]

Be the first to Rate It

✎ Edit
+ Save
▼ Send
☐ Compare

---

**Priority Mortgage Corporation**

http://www.prioritymortgagemyrtlebeach.com

1294 Professional Drive Suite B, Myrtle Beach, SC 29577

**Categories:** Home Equity Loans, Home Improvement Loans, Mortgage Companies, Real Estate Loans, Mortgages, **more...**

[ more info ] [ phone ] [ map ]

★★★★★ Reviews (1) - Rate It

✎ Edit
+ Save
▼ Send
☐ Compare

Home Equity Loans (Results 1 - 25 of 42) ~ Home Equity Loans Myrtle Beach SC ~ Simple Search ~ SuperPages.com: Yello...    Page 7 of 7

▼ Search Options

**Search for:** Home Equity Loans    in    Myrtle Beach SC    [Search]

Have a Business? **Want More Customers?** <u>Find them here.</u>

Data by Acxiom. Copyright ©2008 , Acxiom, Inc.

<u>Report Incorrect Listings</u> >

People

Businesses


idearc
MEDIA

**Advertise with Us | Affiliate Program | Add or Edit a Business**
Yellow Pages | City Guides | Online Shopping | Popular Categories | Consumer Center | Superpages Español | Site Map
Terms of Use | Privacy Policy | About Superpages
Copyright © 2008 Idearc Media Corp. All rights reserved.

# EXHIBIT F

home | online advertising | web site & hosting | print advertising

Account Sign In   Contact   About   Superpages.com

# about superpages.com

Superpages.com is the leading online business directory. With hundreds of millions of customer searches per month, we connect local, regional and national businesses with buyers looking for what they sell. So what makes Superpages.com different?

## our customer

Superpages.com visitors are more likely to purchase products and services than the average search engine user because they are ready to buy - they are not researching or surfing.

Our customers are buyers, not browsers.[1]

- **75 percent of Superpages.com visitors definitely plan on contacting the business found on Superpages.com.**
- **Over half of those plan to purchase a product or service from the business they found.**

Our customers are a prime audience to reach.[2]

- **They make good money:**
  Average household income is over $85,000.
- **They're avid online shoppers:**
  99% have shopped online in the past six months for a product or service.
- **They're well educated:**
  56% have undergraduate degrees or higher.
- **They're homeowners:**
  80% own their own their residence.

## our search network

We provide yellow pages search results and performance-based advertising for many top Web sites. Our network is also search driven, not based on contextual targeting like many ad networks.

About Superpages.com : Superpages Small Business Customers

Page 2 of 2



reach new customers today



see the entire network ➊



Online Advertising | Pay Per Click | Pay For Calls | Free Business Listing | Small Business Web Hosting | Ecommerce Hosting

Register a Domain Name | Business Email Hosting | Learning Center | Terms of Use | Privacy Policy | Site Map

Copyright © 2008 Idearc Media Corp. All rights reserved.

1 Idearc Media Superpages.com User Satisfaction Survey, Q1 2007.
2 Nielsen/NetRatings, @Plan summer 2007 Release.

3/11/2008

# EXHIBIT G

, SuperPages.com: Profile

# superpages.com® we know around here℠

**Businesses**

**People**

Home | Advertisers | Download Toolbar | Mobile Search

Page 1 of 3

Search for: [ Home Equity Loans ]  in  [                    ]  [ Search ]

## My Superpages
### Sign In & Personalize >

Myrtle Beach, SC

▶ Search Options

Back to Listings ↓

⊙ Business Owners: Create a FREE Business Profile, or Update Your Profile

✎ Edit Business Info

Know more about this business? Add reviews and comments, upload photos and more. (What's this)

Be the first to Rate It

## American Xpress Mortgage

3721 Wesley Street Suite 123, Myrtle Beach, SC 29579
map | driving directions

⭐ Reviews Add          📷 Photos Add | View

📱 Business Blog Add | Read

Save | Print | Send | What's Nearby

phone: (843) 903-5090
phone: (843) 903-6120
fax: (843) 903-0101
email: axm5090@sccoast.net

▶ Search Nearby

**Products & Services:**
- 100% Financing
- 24-Hour Approvals
- Adjustable Rate Loans
- Adjustable Rate Mortgages
- Conforming Loans
- Construction Loans
- Consultations
- Conventional Loans
- Credit Lines
- Debt Consolidation
- Evening Appointments

- Investment & 2nd Home Loans
- Investment Property Loans
- Jumbo Loans
- Low Down Payment Loans
- Low Rates
- Mortgages
- Multiple Mortgages
- No Application Fees
- No Closing Costs
- No Down Payment Required
- No Equity Required



, SuperPages.com: Profile



**View Larger Map**

**Areas Served:**
SC

**Hours of Operation:**
Mon-Fri: 09:00 AM-06:00 PM

**In Business Since:**
2006

**Customers Served:**
Residential, Commercial

Licensed, Insured, Bonded

**Appears in the Categories:**
Home Equity Loans, Mortgage Brokers, Mortgage Companies, Mortgages, Financial Services

- No Income Verifications
- No Income/ No Asset Verification
- Notary Services
- Phone Applications
- Rate Lock-Ins
- Referrals
- Refinancing
- Refinancing Loans
- Second Home And Investment
- Self-Employed Loans
- Variable Rate Loans

- Fax Applications
- Financing
- First Time Buyers
- Fixed Rate Loans
- Foreclosures & Repossessions
- Foreign National Mortgages
- Free Consultations
- Free Pre-Approvals
- Free Pre-Qualifications
- Home Construction Loans
- Home Equity Loans
- Home Improvement Loans

**Brands:**
- AeGIS
- CIT
- Credit Suisse
- Decision One
- Fifth Third National Bank
- First Franklin

- First Magnus
- Freemont
- Novastar
- SouthStar Funding
- Taylor Bean
- Wells Fargo

**Payment Options:**
- Credit Terms Available
- Financing Available

**Languages Spoken:**
- English
- Spanish

**Additional Information:**
Competitive Rates, We Specialize in No Money Down

Data provided by one or more of the following: Idearc Media Corp., Acxiom, Amacai, or lawyers.com.

**Advertise with Us | Affiliate Program | Add or Edit a Business**
Yellow Pages | City Guides | Online Shopping | Popular Categories | Consumer Center | Superpages Español | Site Map
Terms of Use | Privacy Policy | About Superpages
Copyright © 2008 Idearc Media Corp. All rights reserved.

s

# EXHIBIT H

American Xpress Mortgage Inc under Mortgages category in Myrtle Beach, SC at YellowBook.com

# yellowbook.com

FIND IT

Help

Print

**Categories:** Mortgages

« Back to Results

**American Xpress Mortgage Inc**

Myrtle Beach, SC 29572

Local: 843-903-0101

| PRODUCT / SERVICE | or | NAME OF BUSINESS | LOCATION |
|---|---|---|---|
| | | American Xpress Mortgage | Myrtle Beach, SC 29572 |

**Advertisers**
Advertise with Us
NEW! Video Demo Ads
Yellow Book Products

**Community**
Recycling and the Environment

**Tools & Information**
Site Map
Browse Categories
Yell.com

**About Us**
Company Information
Careers
Contact Us
Yell Group PLC

©2008 Yellow Book USA, Inc. All rights reserved | 1-800-YB-YELLOW! | Conditions of Use | Privacy Policy | Terms and Conditions

# EXHIBIT I

# FAQS. Everything you need to know and more.

## Frequently Asked Questions

About Yellow Book
Careers
Yellow Book's Advertising Options
Yellow Book Print Directories
Internet Advertising Options - Free Listing on yellowbook.com
Internet Advertising Options - yellowbook.com
Internet Advertising Options - Search Engine Advertising with WebReach

### About Yellow Book

**What is Yellow Book?**
Yellow Book is a leading national yellow pages and online local search company that connects buyers with sellers. Yellow Book provides consistent, reliable, easy-to-use local business and key community information free to consumers across the country. For advertisers, Yellow Book provides low-cost leads through Yellow Book print directories, yellowbook.com, and WebReach, Yellow Book's search engine advertising program.

Back to Top

**Where is Yellow Book located?**
There are approximately 400 Yellow Book local offices throughout the United States. Yellow Book is headquartered in Uniondale, New York, and regional offices are located in Cedar Rapids, Iowa and King of Prussia, Pennsylvania, just outside Philadelphia.

Back to Top

**Where does Yellow Book do business?**
Yellow Book operates in 47 states, plus the District of Columbia.

Back to Top

**Who is Yellow Book's Senior Leadership Team?**
At the helm of Yellow Book's leadership team is Joe Walsh, a well-known veteran of the yellow pages industry and a visionary for Yellow Book's future. As president and CEO of Yellow Book, Joe credits much of the success of Yellow Book to his experienced leadership team.

Back to Top

**What is the ownership structure of Yellow Book?**
Yellow Book is owned by the Yell Group. Based in the United Kingdom, Yell Group is a leading international directories business operating in the classified advertising market.

Back to Top

**Does Yellow Book support a recycling program?**
Recycling is important to Yellow Book. We have an industry-exclusive partnership with Earth 911 whose primary objective is to disseminate accurate environmental information and education to the nation's consumers and businesses at no cost to the taxpayers or consumers. Go to Earth 911's website to find out where you can recycle your directory.

Back to Top

## Careers

**What is the culture like at Yellow Book?**
At Yellow Book, our <u>core values</u> drive everything we do. We believe that if you can help enough people get what they want, you will get what you want. This holds true for the way we approach our customers as well as the way we treat our valued Yellow Book team members.

Yellow Book provides an environment that embraces individuals and their strengths, and rewards them for their contributions. We work hard (and smart) to achieve our goals, and we also know how to <u>celebrate our victories</u>.

Back to Top

**What types of career opportunities are available?**
Yellow Book offers exciting job opportunities and career growth. From sales to internet technology, from the east coast to the west (and Hawaii), Yellow Book is always searching for talented individuals. Check out the latest <u>job openings</u> at Yellow Book.

Back to Top

**What type of career development does Yellow Book offer?**
Each year, Yellow Book makes a large investment in training and developing employees--for both sales and corporate employees. Training includes initial and ongoing sales training, product and industry training, management courses and seminars, online training and much more. We even keep a large library of helpful books on hand for employees interested in self improvement.

Back to Top

**What are the steps in the recruitment process?**
To apply for an open position at Yellow Book, we ask that you <u>complete an application online</u>. If your qualifications match the open position, you will be contacted by a Yellow Book Human Resources recruiter for an interview.

Back to Top

**What types of benefits does Yellow Book offer?**
Yellow Book provides a long list of <u>employee benefits</u>, including health insurance and a 401K plan.

In addition to general benefits, Yellow Book also offers educational reimbursement, opportunities for career advancement, ongoing sales, product and industry training, a fun, energetic work environment and abundant recognition programs, including the President's Achievement Club, a distinguished honor awarded to those who go above and beyond to make Yellow Book a highly successful company.

Back to Top

## Yellow Book's Advertising Options

**What advertising options does Yellow Book offer?**
Yellow Book creates a cost-efficient link, in print and online, between buyers and sellers, generating maximum exposure and benefits for advertisers. Businesses have the option to advertise in <u>Yellow Book's print directories</u>, on <u>yellowbook.com</u> and <u>across the internet</u> with WebReach, Yellow Book's search engine advertising program. Yellow Book's knowledgeable media consultants work with

businesses to develop a tailored advertising approach that will provide the best reach and return on investment. At Yellow Book, we call this "leads for less."

Back to Top

**How does Yellow Book reach consumers?**
Yellow Book has a print directory circulation of 123 million, reaching residents and businesses nationwide-in 47 states, plus the District of Columbia. Yellowbook.com is the nation's fastest growing internet yellow pages network[1] with millions of visitors coming to the site every month to search for businesses and buying information. WebReach brings consumers to you through popular search engines advertising vehicles like Google AdWords and Yahoo!

[1]Source: comScore 2007

Back to Top

**How do I advertise with Yellow Book?**
Call 1-800-YB-YELLOW (1-800-929-3556), Monday through Friday from 8:00 a.m. to 7:00 p.m., to set up a no-obligation appointment with a dedicated Yellow Book media consultant. You may also submit your request online.

Back to Top

## Yellow Book Print Directories

**How many print directories does Yellow Book publish?**
Yellow Book currently publishes nearly 1,000 directories for regions and towns across the country.

Back to Top

**Where are the print directories distributed?**
Yellow Book's directories are distributed to residents and businesses in 47 states, plus the District of Columbia.

Back to Top

**How many consumers use Yellow Book print directories?**
According to Knowledge Networks/SRI (KN/SRI), print yellow pages directories generated 13.4 BILLION references in 2006. To measure usage of Yellow Book directories, Yellow Book, along with other yellow pages publishers, work with KN/SRI to conduct an unbiased syndicated usage report in various markets throughout the country.

Back to Top

**What advertising options are available in Yellow Book directories?**
There are a number of specific advertising options to gain the attention of buyers in Yellow Book directories, including a variety of display ads, coupons, menus, color choices and the highly visible cover ads.

Back to Top

**Don't consumers use the internet to search for buying information?**
Consumers do use the internet to search for buying information - in fact 3.3 billion did so in 2006. But with more than 13.4 billion references in print yellow pages directories in 2006, it is clear that the majority of consumers turn to print directories when they are ready to buy.

Sources: comScore 2006; KN/SRI 2006.

Back to Top

**How do I advertise my business in a Yellow Book print directory?**
Call 1-800-YB-YELLOW (1-800-929-3556), Monday through Friday from 8:00 a.m. to 7:00 p.m., to set up a no-obligation appointment with a dedicated Yellow Book media consultant. You may also submit your request online.

Back to Top

**What else could Yellow Book do for my business?**
Yellow Book offers a variety of advertising options to suit every need. From local print directories to online yellow pages and advertising on search engines like Google and Yahoo!, Yellow Book provides services to get your business noticed. To request a free no-obligation consultation, call 1-800-YB-YELLOW (1-800-929-3556), Monday through Friday from 8:00 a.m. to 7:00 p.m. You may also submit your request online.

Back to Top

## Internet Advertising Options

**Free Listing on yellowbook.com**

**How do I request a free listing on yellowbook.com?**
You may call 1-800-YB-YELLOW (1-800-929-3556). Representatives are available 8:00 a.m. to 7:00 p.m. (EST) Monday through Friday.

Back to Top

**What information could I expect to see on yellowbook.com with a free listing?**
The name of your business, business phone number and business address.

Back to Top

**Where will my business information be shown?**
Free listings appear below paid advertising placements, which include Banner Placement Ads, Top Placement Ads, Gold Placement Ads and Internet Placement Ads.

Back to Top

**When will I see my ad appear?**
You will begin to see your free listing appear on yellowbook.com within 7 to 10 business days.

Back to Top

**What else could Yellow Book do for my business?**
Yellow Book offers a variety of advertising options to suit every need. From local print directories to online yellow pages and advertising on search engines like Google and Yahoo!, Yellow Book provides services to get your business noticed. To request a free no-obligation consultation, call 1-800-YB-YELLOW (1-800-929-3556), Monday through Friday from 8:00 a.m. to 7:00 p.m. You may also submit your request online.

Back to Top

**yellowbook.com**

**How many people search internet yellow pages for buying information?**
According to comScore, a leader in measuring the digital world, over 800 Million internet yellow page search queries were conducted in the first three months of 2007.

Source: comScore Q12007

Back to Top

**How many people search yellowbook.com?**
According to comScore, the Yellow Book Network led the category as the fastest growing Internet yellow pages (IYP) with an astounding 85% growth Q1 2006 to Q1 2007.

Source: comScore

Back to Top

**What are the advertising options on yellowbook.com?**
There are a variety of advertising options on yellowbook.com. From top-of-page Banner Placement ads to Gold Placement ads with links to your website, a coupon option, driving directions to your business and much more.

Back to Top

**Where will my business information be shown?**
Prominent placement allows you to stand out from your competition by placing your business information above free listings. Your business information will appear when a visitor searches for your business category in your geographical area. Learn more about the available placement options.

Back to Top

**What methods of payment are available?**
A 12-month contract is required and can be paid in monthly installments. Flexible payment options allow you to pay by check or credit card. If you elect to pay in advance, discounts may apply. Speak with your Yellow Book Media Consultant about options.

Back to Top

**How do I get my ad placed on yellowbook.com?**
Call 1-800-YB-YELLOW (1-800-929-3556), Monday through Friday from 8:00 a.m. to 7:00 p.m., to set up a no-obligation appointment with a dedicated Yellow Book Media Consultant. You may also submit your request online.

Back to Top

**How do I make changes to my ad?**
Depending upon the product purchased, monthly changes may be allowed to your online ad. Simply contact your representative or call a Yellow Book customer service representative at 1-800-YB-YELLOW (1-800-929-3556) to request changes.

Back to Top

**What else can Yellow Book do for my business?**
Yellow Book offers a variety of advertising options to suit every need. From local print directories to online yellow pages and advertising on search engines like Google and Yahoo!, Yellow Book provides services to get your business noticed. To request a free no-obligation consultation, call 1-800-YB-YELLOW (1-800-929-3556), Monday through Friday from 8:00 a.m. to 7:00 p.m. You may also submit your request online.

Back to Top

**Search Engine Advertising with WebReach**

**How does search engine advertising work?**
Potential customers searching for your products or services could see your ad on search engines like Google or Yahoo!, click your ad (which appears to the right and sometimes above relevant search results), and be directed to your website where they find critical buying information about your business, products or services. You set a monthly budget that is spent when potential customers click on your ad. Want to know more? Watch the WebReach demo.

Back to Top

**Where will my business information be shown?**
Your business information will be shown on popular search engine networks, like Google and Yahoo! with other paid advertisers in the sponsored links section. See a sample search engine results page.

Back to Top

**What methods of payment are available?**
WebReach, Yellow Book's fully managed search engine advertising product is available at a range of price points to suit your budget. Flexible payment options allow you to pay by check or credit card. See your Yellow Book Media Consultant for details.

Back to Top

**How do I get started?**
Call 1-800-YB-YELLOW (1-800-929-3556), Monday through Friday from 8:00 a.m. to 7:00 p.m., to set up a no-obligation appointment with a dedicated Yellow Book media consultant. You may also submit your request online.

Back to Top

**How do I make changes to my campaign?**
Before your campaign is published on the search engines, a Yellow Book campaign analyst will call you to explain how your advertising campaign will work.

Should you wish to make changes after your campaign has started, you can reach Yellow Book's WebReach customer service team by dialing 1-888-672-8990. Select option #1 to make changes to your existing WebReach campaign. Select option #2 to make changes to your Yellow Book created website. Representatives are available 6:00 a.m. to 11:00 p.m. CST.

Back to Top

**What else could Yellow Book do for my business?**
Yellow Book offers a variety of advertising options to suit every need. From local print directories to online yellow pages and advertising on search engines like Google and Yahoo!, Yellow Book provides services to get your business noticed. To request a free no-obligation consultation, call 1-800-YB-YELLOW (1-800-929-3556), Monday through Friday from 8:00 a.m. to 7:00 p.m. You may also submit your request online.

Back to Top

Copyright © 2008 Yellow Book USA. All rights reserved. WebReach, Yellow Book and Yellow Book USA are service marks and trademarks of Yellow Book USA, Inc.

# EXHIBIT J



# Mortgagee.com
## Your mortgage lender directory



**News**

We now have over 120,000 mortgage lenders in our nationwide database. You can find the one that best suits your needs here - by zip code, state, or city. Give it a try today!

**Lenders**

If you are a mortgage lender and are not listed in our nationwide database, please complete our new lender profile request form.

# American Xpress Mortgage - Myrtle Beach, SC

**American Xpress Mortgage**
**3721 Wesley Street unit 123**
**Myrtle Beach, SC 29579**

**Contact(s):**

James Spurlin, Owner
American Xpress Mortgage
3721 Wesley Street unit 123
Myrtle Beach, SC 29579
email: Contact James

Karen Deese,
American Xpress Mortgage
3721 Wesley Street unit 123
Myrtle Beach, SC 29579
email: Contact Karen

Rachel Spurlin,
American Xpress Mortgage
3721 Wesley Street unit 123
Myrtle Beach, SC 29579
email: Contact Rachel

update

update

update

## Home
## About
## Register
## Contact

Ads by Google

**Refinance Rates at 4.99%**
Lower Your Monthly Mortgage Payment
Get 4 Free Refinance Quotes Fast!
Refinance.SquashMyRate

American Xpress Mortgage, Myrtle Beach SC

Ads by Google

**Underpaid**
**Mortgage Broker**
A Lucrative
Alternative To The
Melting Mortgage
Industry...
www.MortgageBrokersAlli:

Copyright 2007 Mortgagee.com

# EXHIBIT K



# Mortgagee.com
## Your mortgage lender directory



**News**

We now have over 120,000 mortgage lenders in our nationwide database. You can find the one that best suits your needs here – by zip code, state, or city. Give it a try today!

**Lenders**

If you are a mortgage lender and are not listed in our nationwide database, please complete our new lender profile request form.

Home
About
Register

**Contact**

Ads by Google  M M

**Mortgage -**
**Countrywide®**
No Closing Cost Refi.
No Points. No Credit
Report or Processing
Fees
www.Countrywide.com

**House Payments Fall**
**Again**
$285,000 Mortgage for
only $998/mo. See
Rates! No Credit
Check Required
www.LowerMyBills.com

## About Mortgagee.com

Mortgagee.com maintains the largest independent directory of mortgage lenders in the United States. Here are some frequently asked questions:

- **What is Mortgagee.com?** This website maintains an online directory of mortgage lenders which contains over 120,000 quality mortgage lenders in every state. It will help you find accredited lenders which are most convenient to you. Using our lender search engine, you can find lenders by city, state, or zip code, and you can have them contact you by email, phone, or mail.

- **What is the cost of finding a lender using your website?** This site is provided as a free service to consumers. Any consumer may use the website for free to find local lenders. There is no fee to use the directory or to contact a lender.

- **How can I get my company listed in your directory?** If you are an accredited mortgage lender and would like to be listed in the directory, please complete the registration form, and we will review your application for inclusion. There is currently no fee for inclusion in the directory, although we cannot guarantee that this will always be the case in the future.

- **How can I contact you if I have further questions?** Please use the Contact form to submit any questions to us. We will get back to you as soon as possible.

- **Who is behind Mortgagee.com?** Mortgagee.com is provided by mortgage professionals in the Atlanta area who have been in the business for over 13 years. Our address is: Mortgagee.com, P.O. Box 1673, Cumming, GA 30028. You may also e-mail us using the Contact form .

Mortgage Lender Directory

Ads by Google

**5.875% 30 Year Fixed Rate**
Dedicated Service 7
Days A Week Direct
Mortgage Lender.
Apply Now!
www.BestRateLoans.com

**South FL Mortgage Lenders**
We'll Help You Find A
Right Product That Fits
Your Needs. Call Us
Today
www.Mjop.com/Mortgage

Copyright 2007 Mortgagee.com

# EXHIBIT L

# Local MortgageE-Z.com

Login Status:    Not logged in
» **Login**    » **Register**

**Main Menu**
Bookmark Us!
Home
Mortgage Brokers
Featured Mortgage
Brokers
Search Mortgage Brokers
All Mortgage Brokers
Featured Mortgage
Brokers
2 Sisters Designs Inc
Decatur Engravers and
Rubber Co
Mortgage Brokers Info
Hundreds of People Per
Month are Searching for
Mortgage Brokers Online.

Mortgage Brokers
Articles
Site Links
Return Policy
Privacy Policy
Email Us
Links

american xpress
mortgage inc
american xpress
mortgage inc
american xpress
mortgage inc

**LocalMortgage.com**
**6336 Baytree Dr.**
**Fort Wayne, IN US 46825**

Home » South Carolina » Myrtle Beach

## American Xpress Mortgage Inc

3721 Wesley St
Myrtle Beach, South Carolina 29579

(843) 903-5090

**Been there? Tell Us What You Thought! Add Your Review**

Email Friend

**« Previous | Next »**

Local MortgageEZ.com Recommends These Fine Mortgage Brokers:

Alpha & Omega Mortgage Co

Alpha & Omega Mortgage Co

Perry Mortgage Co

Summit City Mortgage Inc

**Financial Independence** - Reduce debt by 40% - 60%.
Debt Free in 12 - 30 months FreedomDebtRelief.com

Referral Ads by Google

Do You Get Money Ba
When You Use Your Ch
Card?
You Can! Find Out How
www.CashBackCreditCard.us

Web ○ www.localmortgagez.co
[Google Sea]

Local MortgageEZ.com American Xpress Mortgage Inc, Myrtle Beach Mortgage Brokers

american xpress mortgage inc
american xpress mortgage inc
american xpress mortgage inc
american xpress mortgage inc
american xpress mortgage inc

**Click a Link to View Mortgage Brokers By State**

| Featured Listings | | | |
|---|---|---|---|
| Alabama Mortgage Brokers | Alaska Mortgage Brokers | Arizona Mortgage Brokers | Arkansas Mortgage Brokers |
| California Mortgage Brokers | Colorado Mortgage Brokers | Connecticut Mortgage Brokers | Delaware Mortgage Brokers | District Of Columbia Mortgage Brokers |
| Florida Mortgage Brokers | Georgia Mortgage Brokers | Hawaii Mortgage Brokers | Idaho Mortgage Brokers | Illinois Mortgage Brokers |
| Indiana Mortgage Brokers | Iowa Mortgage Brokers | Kansas Mortgage Brokers | Kentucky Mortgage Brokers | Louisiana Mortgage Brokers |
| Maine Mortgage Brokers | Maryland Mortgage Brokers | Massachusetts Mortgage Brokers | Michigan Mortgage Brokers | Minnesota Mortgage Brokers |
| Mississippi Mortgage Brokers | Missouri Mortgage Brokers | Montana Mortgage Brokers | Nebraska Mortgage Brokers | Nevada Mortgage Brokers |
| New Hampshire Mortgage Brokers | New Jersey Mortgage Brokers | New Mexico Mortgage Brokers | New York Mortgage Brokers | North Carolina Mortgage Brokers |
| North Dakota Mortgage Brokers | Ohio Mortgage Brokers | Oklahoma Mortgage Brokers | Oregon Mortgage Brokers | Pennsylvania Mortgage Brokers |
| Rhode Island Mortgage Brokers | South Carolina Mortgage Brokers | South Dakota Mortgage Brokers | Tennessee Mortgage Brokers | Texas Mortgage Brokers |
| Utah Mortgage Brokers | Vermont Mortgage Brokers | Virginia Mortgage Brokers | Washington Mortgage Brokers | West Virginia Mortgage Brokers |
| Wisconsin | Wyoming | | | |

Ads by Google

See Todays Mortgage Rates
Mortgage Rates Drop
Year Lows! Calculate
New Mortgage Paym
www.Mortgage-Rates.Lowe

Mortgage - Countrywide®
No Closing Cost Refi.
Points, No Credit Ref
Processing Fees
www.Countrywide.com

E-LOAN ® - Official
Great Rates, Persona
Service. No Hidden F
Approval in Minutes.
www.eloan.com

American Home Mortgage
Find American Home
Mortgage. Search in
Local Area Now.
Justclicklocal.com

CHASE® Home Equ
Loans
Get Great Rates & Nc
Closing Costs. CHAS
Reliability - Today &
Always.
www.ChaseHomeEquity.coi

Local MortgageEZ.com American Xpress Mortgage Inc, Myrtle Beach Mortgage Brokers

Mortgage Brokers    Mortgage Brokers

FILL UP on Cashback Bonus®

DISC VER

Privacy Policy  -  Site Map For People  -  Site Map For Robots  -  Links
Copyright © 2007 LocalMortgagez.com All rights reserved. All prices and specifications are subject to change without notice.
Local MortgageEZ.com is not responsible for typographical errors. All typographical errors are subject to correction.
All Other Copyrights and Trademarks are Property of thier respective owners. All Rights Are Reserved. Used By Permission
Web Site Design by Michael Gehring and EcommerceTweaks.com

mmahome.us
Ads by Greenoonole